UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MARIE ANGE CHATEAU,

        Plaintiff,

       -against-

BARACK HUSSEIN OBAMA,

        Defendant.
-------------------------------------------------------------x

23-CV-1822 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Defendant filed a motion to dismiss the complaint on March 23, 2023. (ECF 10). *Pro se* Plaintiff Marie Ange Chateau's Opposition to Defendant's motion to dismiss was due April 27, 2023. Plaintiff's deadline to file her opposition is extended to **May 31, 2023**. **Plaintiff's failure to file a response to Defendant's motion to dismiss may result in the Court deeming the motion to dismiss as unopposed.**

The Clerk of Court is respectfully directed to serve a copy of this order on *pro se* Plaintiff.

SO ORDERED.

Dated: May 1, 2023
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge