USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/1/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE ANGE CHATEAU,

                Plaintiff,

-against-

BARACK HUSSEIN OBAMA,

                Defendant.

23 Civ. 1822 (AT) (OTW)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 16, of the Honorable Ona T. Wang, the Court reviewed the R&R for clear error and found none. *See Oquendo v. Colvin*, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendant's motion to dismiss, ECF No. 10, is GRANTED. Plaintiff's complaint is DISMISSED.

    The Clerk of Court is directed to terminate the motion at ECF No. 10, mail a copy of this order to Plaintiff *pro se*, and close the case.

    SO ORDERED.

Dated: August 1, 2023
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge