UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIE ANGE CHATEAU,

               Plaintiff,                        23 **CIVIL** 1822 (AT)(OTW)

      -against-                            **JUDGMENT**

BARACK HUSSEIN OBAMA,

               Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 1, 2023, having received no objections to the Report and Recommendation (the "R&R"), ECF No. 16, of the Honorable Ona T. Wang, the Court reviewed the R&R for clear error and found none. See Oquendo v. Colvin, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014). The Court has ADOPTED the R&R in its entirety. Defendant's motion to dismiss, ECF No. 10, is GRANTED. Plaintiff's complaint is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York
          August 1, 2023

                                                                   **RUBY J. KRAJICK**

                                                                     _____
                                                                         **Clerk of Court**

                       **BY:**      *K. Mango*

                                                                     _____
                                                                         **Deputy Clerk**